

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 21, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Sanjay Ruparelia</u>, 22 Mag. 8361

Dear Judge McCarthy:

      Defendant Sanjay Ruparelia was arrested this morning and brought before the Court for his initial appearance on the above-referenced complaint. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the complaint and arrest warrant.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                    By:    _____
                              Jeffrey C. Coffman
                              Assistant United States Attorney
                              (914) 993-1940

SO ORDERED:

_____
HON. JUDITH C. McCARTHY   10-21-2022
United States Magistrate Judge
Southern District of New York